## COMPLAINT FORM
### (for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana,_

_Evansville Division_

(Full name of plaintiff(s))

_David Goodwin_

_____

_____                    vs

**FILED**

**06/06/2024**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

Case Number:

_3:24-cv-00097-RLY-CSW_
(to be supplied by clerk of court)

(Full name of defendant(s))

_Tony Gray, Chaplin_
_Clara Debose, Asst. Chaplin_

_____

_____

A.      PARTIES

1.      Plaintiff is a citizen of _____Indiana_____, and is located at
                                                    (State)

_Branchville Correctional Facility - 21390 Old State Rd 37_
                      (Address of prison or jail)         _Branchville, IN 47514_

(If more than one plaintiff is filing, use another piece of paper).

2.      Defendant _____Tony Gray_____
                                    (Name)

is (if a person or private corporation) a citizen of _____Indiana_____
                                                    (State, if known) and (if a person) resides at
_____N/A_____
                      (Address, if known)

Guide – 1

3. Defendant Clara Debose is a citizen of Indiana and worked for Branchville Correctional Facility.

and (if the defendant harmed you while doing the defendant's job)

worked for _Branchville Correctional Facility - 21390 Old State Rd. 37 Branchville, IN 47514_
          (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

        On the space provided on the following pages, tell:
1.      Who violated your rights;
2.      What each defendant did;
3.      When they did it;
4.      Where it happened; and
5.      Why they did it, if you know.

On October 25, 2023, I attended the good conduct meal. I was given a tray with pork on it. I unknowingly ate pork. I was told it was not pork. Later on, I found out it was by an Aramark worker. Both Chaplains know that you have, not just Muslims, different religions that do not eat pork here at the facility. I believe they did this intentionally.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

C.    JURISDICTION

      ☒     I am suing for a violation of federal law under 28 U.S.C. § 1331.
                        OR

      ☐     I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

The Plaintiff humblely requests the court to order the D.O.C to take due care and process in keeping with the relrgiaus rights of offenders, and respectfully ask the court to award damages of $5,000.00.

The Plaintiff cites Brandon v. Kinter 2023 U.S. Dist Lexus 592305 as an athourity to this matter.

E.     JURY DEMAND

☐     Jury Demand - I want a jury to hear my case
                    OR

☒     Court Trial – I want a judge to hear my case

Dated this 3rd day of _____June_____ 20 24.

Respectfully Submitted,

_____
Signature of Plaintiff

250040
Plaintiff's Prisoner ID Number

*Branchville Correctional Facility*

*21390 Old State Rd. 37 Branchville, IN 47514*

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.