IN THE UNITED STATES DISTRICT COURT
OF THE
SOUTHERN DISTRICT OF INDIANA

DAVID Goodwin, Plaintiff )
) Cause no: 3:24-CV-00097-RLY-CSW
Vs. )
)
TONY GRAY et.al, ) District Court Judge
defendant ) Hon: RICHARD L YOUNG

**FILED**
**05/22/2025**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## MOTION FOR DECLARATORY JUDGMENT

Comes now, David Goodwin, IN Prose, IN Necessity and files his motion for declaratory Judgment Pursuant to USCS Fed rules of Civ Proc R 57 and 28 U.S.C. § 2201 to move this Court for Judgment based of the pleadings and requirement of process. The Plaintiff states the issues in support of this motion as follows:

1.) this Court screened and served Mr. Goodwin's Complaint, and gave the defendant and his respondents 60 days to answer in such. the Plaintiff Believes the defendant fail to file an answer.

2.) the Plaintiff filed filed his Complaint with enough facts to support a Judgment in his favor.

(1 of 2)

3.) The defendant and his coworkers admit to the misconduct in the exhibits filed in this amended complaint.

The Plaintiff respectfully reminds this court that his sued the defendant in his individual capacity for $15,000 and the injunctive relief requesting his filings.

The Plaintiff respectfully reminds the court he sued the defendant in his official capacity for $15,000 and the injunctive relief requested in his filings.

The Plaintiff also requests that this court order the defendant to reimburse the Plaintiff for any and all fees in this cause.

WHERE FORE the Plaintiff herein prays this court create and order for Judgement in his favor as requested above and for all other Just a proper relief

Respectfully submitted this 22nd day of May 2025

_David Martin_
David Goodwin, Prose
Branchville Correctional Facility
2890 Old St. Rd. 37
Branchville IN 47514

(2of3)

## CERTIFICATE OF SERVICE

I, the under signed do hereby Certify I sent a true and accurate Copy of the afore filed Pleading: motion for declaratory Judgment upon the U.S. District Court Clerk for prompt processing from the I.D.O.C Prison EFiling System Here at Branchville Correctional facility on this 22nd day of May, 2025 and shall Be Deem file as of this date

David Goodwin pro se
Doc.# 250040
Branchville Correctional facility
21390 Old St. Rd 37
Branchville IN 47514