UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

DAVID GOODWIN,                    )

                              )

                Plaintiff,         )

                              )

          v.                  )      No. 3:24-cv-00097-RLY-CSW

                              )

TONY GRAY Chaplin,        )

                              )

                Defendant.   )

## ORDER

David Goodwin's motion for default judgment, dkt. [38], is **denied**. The defendant timely answered the complaint.

Mr. Goodwin's motion to oppose the defendant's answer and affirmative defenses, dkt. [40], is **denied as unnecessary**. No response to an answer is necessary. Mr. Goodwin may respond to the merits of any affirmative defense if the defendant asserts it in a motion.

**IT IS SO ORDERED.**

Date: 6/27/2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DAVID GOODWIN
250040
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Abigail Davis
Office of Indiana Attorney General
abigail.davis@atg.in.gov

Katherine A Meltzer
Office of Indiana Attorney General
katherine.meltzer@atg.in.gov