IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANVILLE DIVISION

DAVID Goodwin
  Plaintiff

V                                   no. 3:24-CV-00097-RLY-CSW

TONY GRAY
  Defendant

**FILED** 11/13/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## MOTION IN SUPPLEME[NTAL]

Comes now David Goodwin [pro se] and files his motion in supplemental [per] Fed. Rules of Civ. Proc. rule 15(d), [to] serve, and provide the latest discovery in support the plaintiff state and [claims].

1.) Since october of, 2024 [plaintiff has been] diligently attempting to conduct discovery [with] Olga Goad, Aramark legal team has [provided some] of the requested documents.

2.) Exhibits attached hereto are some of the documents Provided by aramark to date, and are hereby served upon the Parties

---

**[Court annotation:]** The Court interprets Plaintiff's Motion as a report of having received responses from Aramark with no further remedy sought. Therefore, the Motion is DENIED.

Crystal S. Wildeman
U.S. Magistrate Judge
Date: November 19, 2025

Distributed via U.S. Mail to:
DAVID GOODWIN
250040
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514

1

WHEREFORE the plaintiff pray all parties accept this as notice of service and update all file as such

Respectfully submitted this 13th day of November 2025

David Goodwin In Prose
Branchville Correctional Facility
21390 DDSF RD 37
Branchville IN 47514

## CERTIFICATE OF SERVICE

I the undersigned do hereby certify a true and correct copy of the foregoing motion in supplemental discovery was serve upon defendants attorney todd Rokita's office by U.S. Mail postage paid and upon U.S. District Court by E.F.S. from I.D.O.C. legal library on or around this 13th day of November 2025

David Goodwin
In Prose